

| Employer Name: | APEX MORTGAGE CORP | Employee Name: | Kevin Kane | Pay Date: | 7/1/2022 |
| Employer Phone: | 215-728-8308 | Employee #: | 70047 | Pay Period: | 6/13/2022 - 6/26/2022 |
| Employer Address: | 1 WALNUT GROVE DRIVE HORSHAM, PA 19044 | Employee Address: | 144 Warrior Road Drexel Hill, PA 19026 | Deposit Advice #: | 504097789 |
| | | Department: | Apex | Pay Frequency: | Bi-Weekly |
| | | Job Title: | Business Development Officer | Pay Rate: | $2,308.00 |
| | | | | Federal Filing Status: | Married |
| | | | | Federal 2c/Extra Withholding: | Yes/$0.00 |
| | | | | Local Exemptions: | (Horsham) |
| | | | | State Filing Status: | (PA) |
| | | | | State Exemptions: | (PA) |

|  | Current 6/13/2022 - 6/26/2022 ||| YTD As of 6/26/2022 ||
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 |  | $2,308.00 | 1,040.00 | $59,584.00 |
| Regular | 64.00 | 28.8500 | $1,846.40 | 936.00 | $27,003.60 |
| Commission |  |  |  |  | $29,580.00 |
| Vacation | 8.00 | 28.8500 | $230.80 | 40.00 | $1,154.00 |
| Flex |  |  |  | 32.00 | $923.20 |
| Holiday | 8.00 | 28.8500 | $230.80 | 32.00 | $923.20 |
| **Taxable Benefits** |  |  | $2.18 |  | $28.34 |
| Group Term Life |  |  | $2.18 |  | $28.34 |
| **Pre-Tax Deductions** |  |  | $257.71 |  | $5,420.83 |
| 401K |  |  | $161.56 |  | $4,170.88 |
| FSA-Health |  |  | $96.15 |  | $1,249.95 |
| **Taxes** |  |  | $421.90 |  | $16,834.17 |
| FIT |  |  | $159.13 |  | $9,933.53 |
| FICA EE |  |  | $137.27 |  | $3,618.47 |
| Fed MWT EE |  |  | $32.10 |  | $846.25 |
| PA SIT |  |  | $67.90 |  | $1,790.81 |
| PA UT EE |  |  | $1.38 |  | $35.75 |
| HrshmTwpWH |  |  | $22.12 |  | $583.36 |
| HrshTwp LST |  |  | $2.00 |  | $26.00 |
| **Post-Tax Deductions** |  |  | $92.01 |  | $1,196.13 |
| 401K Loan 1 |  |  | $40.09 |  | $521.17 |
| Voluntary Life - Employee |  |  | $51.92 |  | $674.96 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $1,536.38 |  | $36,132.87 |
| Direct Deposit | 031202084 | XXXXXXXX8581 | $1,536.38 |  |  |

| **Accruals & Balances** |||||
| Vacation Available Bal Balance: | 80.00 Hours |  |  |  |
| Vacation Carryover Balance: | 8.00 Hours | Vacation Carryover Taken: |  | 8.00 Hours |
| Vacation - Buy Balance: | 0.00 Hours |  |  |  |



Page 1 of 1



| Employer Name: | APEX MORTGAGE CORP | Employee Name: | Kevin Kane | Pay Date: | 6/17/2022 |
| Employer Phone: | 215-728-8308 | Employee #: | 70047 | Pay Period: | 5/30/2022 - 6/12/2022 |
| Employer Address: | 1 WALNUT GROVE DRIVE HORSHAM, PA 19044 | Employee Address: | 144 Warrior Road Drexel Hill, PA 19026 | Deposit Advice #: | 499759919 |
| | | Department: | Apex | Pay Frequency: | Bi-Weekly |
| | | Job Title: | Business Development Officer | Pay Rate: | $2,308.00 |
| | | | | Federal Filing Status: | Married |
| | | | | Federal 2c/Extra Withholding: | Yes/$0.00 |
| | | | | Local Exemptions: | (Horsham) (PA) |
| | | | | State Filing Status: | (PA) |
| | | | | State Exemptions: | |

|  | Current 5/30/2022 - 6/12/2022 | | | YTD As of 6/12/2022 | |
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 |  | $3,288.00 | 960.00 | $57,276.00 |
| Regular | 72.00 | 28.8500 | $2,077.20 | 872.00 | $25,157.20 |
| Commission |  |  | $980.00 |  | $29,580.00 |
| Vacation |  |  |  | 32.00 | $923.20 |
| Flex |  |  |  | 32.00 | $923.20 |
| Holiday | 8.00 | 28.8500 | $230.80 | 24.00 | $692.40 |
| **Taxable Benefits** |  |  | $2.18 |  | $26.16 |
| Group Term Life |  |  | $2.18 |  | $26.16 |
| **Pre-Tax Deductions** |  |  | $326.31 |  | $5,163.12 |
| 401K |  |  | $230.16 |  | $4,009.32 |
| FSA-Health |  |  | $96.15 |  | $1,153.80 |
| **Taxes** |  |  | $732.42 |  | $16,412.27 |
| FIT |  |  | $354.19 |  | $9,774.40 |
| FICA EE |  |  | $198.03 |  | $3,481.20 |
| Fed MWT EE |  |  | $46.31 |  | $814.15 |
| PA SIT |  |  | $97.99 |  | $1,722.91 |
| PA UT EE |  |  | $1.98 |  | $34.37 |
| HrshmTwpWH |  |  | $31.92 |  | $561.24 |
| HrshTwp LST |  |  | $2.00 |  | $24.00 |
| **Post-Tax Deductions** |  |  | $92.01 |  | $1,104.12 |
| 401K Loan 1 |  |  | $40.09 |  | $481.08 |
| Voluntary Life - Employee |  |  | $51.92 |  | $623.04 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $2,137.26 |  | $34,596.49 |
| Direct Deposit | 031202084 | XXXXXXXX8581 | $2,137.26 |  |  |

| Accruals & Balances | |
| --- | --- |
| Vacation Available Bal Balance: | 80.00 Hours |
| Vacation Carryover Balance: | 16.00 Hours |
| Vacation - Buy Balance: | 0.00 Hours |



Page 1 of 2



*a FIRSTRUST BANK Subsidiary*

| | |
|---|---|
| **Employer Name:** | APEX MORTGAGE CORP |
| **Employer Phone:** | 215-728-8308 |
| **Employer Address:** | 1 WALNUT GROVE DRIVE HORSHAM, PA 19044 |

| | |
|---|---|
| **Employee Name:** | Kevin Kane |
| **Employee #:** | 70047 |
| **Employee Address:** | 144 Warrior Road Drexel Hill, PA 19026 |
| **Department:** | Apex |
| **Job Title:** | Business Development Officer |

| | |
|---|---|
| **Pay Date:** | 6/17/2022 |
| **Pay Period:** | 5/30/2022 - 6/12/2022 |
| **Deposit Advice #:** | 499759919 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $2,308.00 |
| **Federal Filing Status:** | Married |
| **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **Local Exemptions:** | (Horsham) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

**Supplemental Earnings Statement**

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Commission | 5/1/2022 | 5/31/2022 | | | $980.00 |

Page 2 of 2

CERIDIAN



| Employer Name: | APEX MORTGAGE CORP | Employee Name: | Kevin Kane | Pay Date: | 6/3/2022 |
| Employer Phone: | 215-728-8308 | Employee #: | 70047 | Pay Period: | 5/16/2022 - 5/29/2022 |
| Employer Address: | 1 WALNUT GROVE DRIVE HORSHAM, PA 19044 | Employee Address: | 144 Warrior Road Drexel Hill, PA 19026 | Deposit Advice #: | 495480588 |
| | | Department: | Apex | Pay Frequency: | Bi-Weekly |
| | | Job Title: | Business Development Officer | Pay Rate: | $2,308.00 |
| | | | | Federal Filing Status: | Married |
| | | | | Federal 2c/Extra Withholding: | Yes/$0.00 |
| | | | | Local Exemptions: | (Horsham) |
| | | | | State Filing Status: | (PA) |
| | | | | State Exemptions: | (PA) |

|  | Current 5/16/2022 - 5/29/2022 | | | YTD As of 5/29/2022 | |
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $2,308.00 | 880.00 | $53,988.00 |
| Regular | 48.00 | 28.8500 | $1,384.80 | 800.00 | $23,080.00 |
| Commission | | | | | $28,600.00 |
| Vacation | | | | 32.00 | $923.20 |
| Flex | 32.00 | 28.8500 | $923.20 | 32.00 | $923.20 |
| Holiday | | | | 16.00 | $461.60 |
| **Taxable Benefits** | | | $2.18 | | $23.98 |
| Group Term Life | | | $2.18 | | $23.98 |
| **Pre-Tax Deductions** | | | $257.71 | | $4,836.81 |
| 401K | | | $161.56 | | $3,779.16 |
| FSA-Health | | | $96.15 | | $1,057.65 |
| **Taxes** | | | $421.91 | | $15,679.85 |
| FIT | | | $159.13 | | $9,420.21 |
| FICA EE | | | $137.27 | | $3,283.17 |
| Fed MWT EE | | | $32.11 | | $767.84 |
| PA SIT | | | $67.90 | | $1,624.92 |
| PA UT EE | | | $1.38 | | $32.39 |
| HrshmTwpWH | | | $22.12 | | $529.32 |
| HrshTwp LST | | | $2.00 | | $22.00 |
| **Post-Tax Deductions** | | | $92.01 | | $1,012.11 |
| 401K Loan 1 | | | $40.09 | | $440.99 |
| Voluntary Life - Employee | | | $51.92 | | $571.12 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,536.37 | | $32,459.23 |
| Direct Deposit | 031202084 | XXXXXXXX8581 | $1,536.37 | | |

| **Accruals & Balances** | |
| --- | --- |
| Vacation Available Bal Balance: | 80.00 Hours |
| Vacation Carryover Balance: | 16.00 Hours |
| Vacation - Buy Balance: | 0.00 Hours |



Page 1 of 1



| Employer Name: | APEX MORTGAGE CORP | Employee Name: | Kevin Kane | Pay Date: | 5/20/2022 |
| Employer Phone: | 215-728-8308 | Employee #: | 70047 | Pay Period: | 5/2/2022 - 5/15/2022 |
| Employer Address: | 1 WALNUT GROVE DRIVE HORSHAM, PA 19044 | Employee Address: | 144 Warrior Road Drexel Hill, PA 19026 | Deposit Advice #: | 491461214 |
| | | Department: | Apex | Pay Frequency: | Bi-Weekly |
| | | Job Title: | Business Development Officer | Pay Rate: | $2,308.00 |
| | | | | Federal Filing Status: | Married |
| | | | | Federal 2c/Extra Withholding: | Yes/$0.00 |
| | | | | Local Exemptions: | (Horsham) (PA) |
| | | | | State Filing Status: | (PA) |
| | | | | State Exemptions: | (PA) |

|  | Current 5/2/2022 - 5/15/2022 |  |  | YTD As of 5/15/2022 |  |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 |  | $9,708.00 | 800.00 | $51,680.00 |
| Regular | 80.00 | 28.8500 | $2,308.00 | 752.00 | $21,695.20 |
| Commission |  |  | $7,400.00 |  | $28,600.00 |
| Vacation |  |  |  | 32.00 | $923.20 |
| Holiday |  |  |  | 16.00 | $461.60 |
| **Taxable Benefits** |  |  | $2.18 |  | $21.80 |
| Group Term Life |  |  | $2.18 |  | $21.80 |
| **Pre-Tax Deductions** |  |  | $775.71 |  | $4,579.10 |
| 401K |  |  | $679.56 |  | $3,617.60 |
| FSA-Health |  |  | $96.15 |  | $961.50 |
| **Taxes** |  |  | $3,057.74 |  | $15,257.94 |
| FIT |  |  | $1,923.24 |  | $9,261.08 |
| FICA EE |  |  | $596.07 |  | $3,145.90 |
| Fed MWT EE |  |  | $139.40 |  | $735.73 |
| PA SIT |  |  | $295.08 |  | $1,557.02 |
| PA UT EE |  |  | $5.83 |  | $31.01 |
| HrshmTwpWH |  |  | $96.12 |  | $507.20 |
| HrshTwp LST |  |  | $2.00 |  | $20.00 |
| **Post-Tax Deductions** |  |  | $92.01 |  | $920.10 |
| 401K Loan 1 |  |  | $40.09 |  | $400.90 |
| Voluntary Life - Employee |  |  | $51.92 |  | $519.20 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $5,782.54 |  | $30,922.86 |
| Direct Deposit | 031202084 | XXXXXXXX8581 | $5,782.54 |  |  |

| **Accruals & Balances** | |
|---|---|
| Vacation Available Bal Balance: | 80.00 Hours |
| Vacation Carryover Balance: | 16.00 Hours |
| Vacation - Buy Balance: | 0.00 Hours |



Page 1 of 2



**APEX COMMERCIAL CAPITAL**
*a FIRSTRUST BANK Subsidiary*

| | |
|---|---|
| **Employer Name:** | APEX MORTGAGE CORP |
| **Employer Phone:** | 215-728-8308 |
| **Employer Address:** | 1 WALNUT GROVE DRIVE HORSHAM, PA 19044 |

| | |
|---|---|
| **Employee Name:** | Kevin Kane |
| **Employee #:** | 70047 |
| **Employee Address:** | 144 Warrior Road Drexel Hill, PA 19026 |
| **Department:** | Apex |
| **Job Title:** | Business Development Officer |

| | |
|---|---|
| **Pay Date:** | 5/20/2022 |
| **Pay Period:** | 5/2/2022 - 5/15/2022 |
| **Deposit Advice #:** | 491461214 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $2,308.00 |
| **Federal Filing Status:** | Married |
| **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **Local Exemptions:** | (Horsham) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

### Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Commission | 4/1/2022 | 4/30/2022 | | | $7,400.00 |

Page 2 of 2

CERIDIAN



| Employer Name: | APEX MORTGAGE CORP |
| --- | --- |
| Employer Phone: | 215-728-8308 |
| Employer Address: | 1 WALNUT GROVE DRIVE HORSHAM, PA 19044 |

| Employee Name: | Kevin Kane |
| --- | --- |
| Employee #: | 70047 |
| Employee Address: | 144 Warrior Road Drexel Hill, PA 19026 |
| Department: | Apex |
| Job Title: | Business Development Officer |

| Pay Date: | 5/6/2022 |
| --- | --- |
| Pay Period: | 4/18/2022 - 5/1/2022 |
| Deposit Advice #: | 487286139 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $2,308.00 |
| Federal Filing Status: | Married |
| Federal 2c/Extra Withholding: | Yes/$0.00 |
| Local Exemptions: | (Horsham) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

|  | Current 4/18/2022 - 5/1/2022 ||| YTD As of 5/1/2022 ||
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 |  | $2,308.00 | 720.00 | $41,972.00 |
| Regular | 80.00 | 28.8500 | $2,308.00 | 672.00 | $19,387.20 |
| Commission |  |  |  |  | $21,200.00 |
| Vacation |  |  |  | 32.00 | $923.20 |
| Holiday |  |  |  | 16.00 | $461.60 |
| **Taxable Benefits** |  |  | $2.18 |  | $19.62 |
| Group Term Life |  |  | $2.18 |  | $19.62 |
| **Pre-Tax Deductions** |  |  | $257.71 |  | $3,803.39 |
| 401K |  |  | $161.56 |  | $2,938.04 |
| FSA-Health |  |  | $96.15 |  | $865.35 |
| **Taxes** |  |  | $421.90 |  | $12,200.20 |
| FIT |  |  | $159.13 |  | $7,337.84 |
| FICA EE |  |  | $137.27 |  | $2,549.83 |
| Fed MWT EE |  |  | $32.10 |  | $596.33 |
| PA SIT |  |  | $67.90 |  | $1,261.94 |
| PA UT EE |  |  | $1.38 |  | $25.18 |
| HrshmTwpWH |  |  | $22.12 |  | $411.08 |
| HrshTwp LST |  |  | $2.00 |  | $18.00 |
| **Post-Tax Deductions** |  |  | $92.01 |  | $828.09 |
| 401K Loan 1 |  |  | $40.09 |  | $360.81 |
| Voluntary Life - Employee |  |  | $51.92 |  | $467.28 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $1,536.38 |  | $25,140.32 |
| Direct Deposit | 031202084 | XXXXXXXX8581 | $1,536.38 |  |  |

| **Accruals & Balances** ||
| --- | --- |
| Vacation Available Bal Balance: | 80.00 Hours |
| Vacation Carryover Balance: | 16.00 Hours |
| Vacation - Buy Balance: | 0.00 Hours |



Page 1 of 1



**Employer Name:** APEX MORTGAGE CORP
**Employer Phone:** 215-728-8308
**Employer Address:** 1 WALNUT GROVE DRIVE HORSHAM, PA 19044

**Employee Name:** Kevin Kane
**Employee #:** 70047
**Employee Address:** 144 Warrior Road Drexel Hill, PA 19026
**Department:** Apex
**Job Title:** Business Development Officer

**Pay Date:** 4/22/2022
**Pay Period:** 4/4/2022 - 4/17/2022
**Deposit Advice #:** 483133352
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $2,308.00
**Federal Filing Status:** Married
**Federal 2c/Extra Withholding:** Yes/$0.00
**Local Exemptions:** (Horsham)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

|  | Current 4/4/2022 - 4/17/2022 | | | YTD As of 4/17/2022 | |
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 |  | $19,508.00 | 640.00 | $39,664.00 |
| Regular | 80.00 | 28.8500 | $2,308.00 | 592.00 | $17,079.20 |
| Commission |  |  | $17,200.00 |  | $21,200.00 |
| Vacation |  |  |  | 32.00 | $923.20 |
| Holiday |  |  |  | 16.00 | $461.60 |
| **Taxable Benefits** |  |  | $2.18 |  | $17.44 |
| Group Term Life |  |  | $2.18 |  | $17.44 |
| **Pre-Tax Deductions** |  |  | $1,461.71 |  | $3,545.68 |
| 401K |  |  | $1,365.56 |  | $2,776.48 |
| FSA-Health |  |  | $96.15 |  | $769.20 |
| **Taxes** |  |  | $7,503.88 |  | $11,778.30 |
| FIT |  |  | $5,214.93 |  | $7,178.71 |
| FICA EE |  |  | $1,203.67 |  | $2,412.56 |
| Fed MWT EE |  |  | $281.51 |  | $564.23 |
| PA SIT |  |  | $595.94 |  | $1,194.04 |
| PA UT EE |  |  | $11.71 |  | $23.80 |
| HrshmTwpWH |  |  | $194.12 |  | $388.96 |
| HrshTwp LST |  |  | $2.00 |  | $16.00 |
| **Post-Tax Deductions** |  |  | $92.01 |  | $736.08 |
| 401K Loan 1 |  |  | $40.09 |  | $320.72 |
| Voluntary Life - Employee |  |  | $51.92 |  | $415.36 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $10,450.40 |  | $23,603.94 |
| Direct Deposit | 031202084 | XXXXXXXX8581 | $10,450.40 |  |  |

| **Accruals & Balances** |  |
| --- | --- |
| Vacation Available Bal Balance: | 80.00 Hours |
| Vacation Carryover Balance: | 16.00 Hours |
| Vacation - Buy Balance: | 0.00 Hours |



Page 1 of 2



| Employer Name: | APEX MORTGAGE CORP |
| --- | --- |
| Employer Phone: | 215-728-8308 |
| Employer Address: | 1 WALNUT GROVE DRIVE HORSHAM, PA 19044 |

| Employee Name: | Kevin Kane |
| --- | --- |
| Employee #: | 70047 |
| Employee Address: | 144 Warrior Road Drexel Hill, PA 19026 |
| Department: | Apex |
| Job Title: | Business Development Officer |

| Pay Date: | 4/22/2022 |
| --- | --- |
| Pay Period: | 4/4/2022 - 4/17/2022 |
| Deposit Advice #: | 483133352 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $2,308.00 |
| Federal Filing Status: | Married |
| Federal 2c/Extra Withholding: | Yes/$0.00 |
| Local Exemptions: | (Horsham) |
| State Filing Status: | (PA) |
| State Exemptions: | (PA) |

**Supplemental Earnings Statement**

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Commission | 3/1/2022 | 3/31/2022 | | | $17,200.00 |

CERIDIAN

Page 2 of 2