# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

    KEVIN F. KANE  Bankruptcy No. 22-11539-MDC

    144 WARRIOR ROAD

    DREXEL HILL, PA 19026

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KEVIN F. KANE

    144 WARRIOR ROAD

    DREXEL HILL, PA 19026

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 9/28/2022  /s/ Kenneth E. West

                                                  _____
                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee