UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

Kevin Kane
Debtor(s)

Chapter 13

Bankruptcy No.: 22-11539 MDC

## CONSENT ORDER

AND NOW, this _____ day of _____, 2023, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the prior bankruptcy filings of debtor, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within one hundred and eighty days (180) of the date of dismissal, and it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party who is moving for dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

7/5/2023
Date

/s/ LeeAne O. Huggins
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

7/5/2023
Date

Attorney for Debtor

7/5/2023
Date

Debtor

Date

Debtor

HONORABLE MAGDELINE D. COLEMAN
CHIEF BANKRUPTCY JUDGE