United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11539-mdc

Kevin F. Kane     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jul 06, 2023     Form ID: 155     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin F. Kane, 144 Warrior Road, Drexel Hill, PA 19026-4921 |
| 14701550 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14698064 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14708468 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2023 01:01:47 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698052 | | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2023 00:35:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 14698053 | | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2023 00:35:00 | Continental Finance Company, Pob 8099, Newark, DE 19714 |
| 14698050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2023 01:33:06 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14698051 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2023 01:12:13 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14698054 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2023 00:46:17 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14698055 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2023 01:01:04 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14710822 | | Email/Text: mrdiscen@discover.com | Jul 07 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14698057 | + | Email/Text: mrdiscen@discover.com | Jul 07 2023 00:35:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14698056 | + | Email/Text: mrdiscen@discover.com | Jul 07 2023 00:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14698058 | | Email/Text: blegal@phfa.org | Jul 07 2023 00:36:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14701471 | ^ | MEBN | Jul 07 2023 00:31:52 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14711975 | + | Email/Text: blegal@phfa.org | Jul 07 2023 00:36:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14698744 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 07 2023 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

Case 22-11539-mdc    Doc 64    Filed 07/08/23    Entered 07/09/23 00:33:19    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 155 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14698059 | + | Email/Text: blegal@phfa.org | Jul 07 2023 00:36:00 | Pennsylvania Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14715546 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2023 01:01:42 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14698060 | + | Email/Text: documentfiling@lciinc.com | Jul 07 2023 00:35:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14698062 | + | Email/Text: EDBKNotices@ecmc.org | Jul 07 2023 00:35:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 14698061 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 07 2023 00:35:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14721547 | | Email/Text: EDBKNotices@ecmc.org | Jul 07 2023 00:35:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 14698063 | ^ | MEBN | Jul 07 2023 00:31:48 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAUL H. YOUNG
    on behalf of Debtor Kevin F. Kane support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 155 | Total Noticed: 24 |

,lesliebrown.paralegal@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin F. Kane
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−11539−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this July 6, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court