United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin F. Kane  
    Debtor

Case No. 22-11539-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 06, 2023      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin F. Kane, 144 Warrior Road, Drexel Hill, PA 19026-4921 |
| 14701550 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14698064 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 07 2023 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14708468 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2023 01:01:04 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698052 | | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2023 00:35:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 14698053 | | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2023 00:35:00 | Continental Finance Company, Pob 8099, Newark, DE 19714 |
| 14698050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2023 01:32:53 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14698051 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2023 00:46:16 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14698054 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2023 00:45:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14698055 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2023 01:01:43 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14710822 | | Email/Text: mrdiscen@discover.com | Jul 07 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14698057 | + | Email/Text: mrdiscen@discover.com | Jul 07 2023 00:35:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14698056 | + | Email/Text: mrdiscen@discover.com | Jul 07 2023 00:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14698058 | | Email/Text: blegal@phfa.org | Jul 07 2023 00:36:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14701471 | ^ | MEBN | Jul 07 2023 00:31:51 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14711975 | + | Email/Text: blegal@phfa.org | Jul 07 2023 00:36:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14698744 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 07 2023 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14698059 | + | Email/Text: blegal@phfa.org | Jul 07 2023 00:36:00 | Pennsylvania Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14715546 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2023 01:01:09 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14698060 | + | Email/Text: documentfiling@lciinc.com | Jul 07 2023 00:35:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14698062 | + | Email/Text: EDBKNotices@ecmc.org | Jul 07 2023 00:35:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 14698061 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 07 2023 00:35:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14721547 | | Email/Text: EDBKNotices@ecmc.org | Jul 07 2023 00:35:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 14698063 | ^ | MEBN | Jul 07 2023 00:31:49 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 06, 2023 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAUL H. YOUNG

on behalf of Debtor Kevin F. Kane support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

Kevin Kane
Debtor(s)

Chapter 13

Bankruptcy No.: 22-11539 MDC

CONSENT ORDER

AND NOW, this __6th__ day of __July__, 202_3_, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the prior bankruptcy filings of debtor, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within one hundred and eighty days (180) of the date of dismissal, and it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party who is moving for dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

7/5/2023
Date

7/5/2023
Date

7/5/2023
Date

Date

/s/ LeeAne O. Huggins
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

Attorney for Debtor

Debtor

Debtor

HONORABLE MAGDELINE D. COLEMAN
CHIEF BANKRUPTCY JUDGE