UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  Chapter 13
**Kevin Kane**  :
  Debtor  :  Bankruptcy No. 22-11539-mdc

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW,** this 9th day of February, 2024, 2024 upon consideration of the Motion to Dismiss filed by Kenneth E. West, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, the debtor will be barred from filing any case for 180 days following a dismissal without court approval, in accordance with the express terms of such ORDER.

BY THE COURT

*Magdeline D. Coleman*

**HONORABLE MAGDELINE D. COLEMAN**
**U.S. BANKRUPTCY JUDGE**

cc:
Kevin Kane
144 Warrior Road
Drexel Hill PA 19026

Paul Young
3554 Hulmeville Rd
Suite 102
Bensalem PA 19020

Kenneth E. West, Esquire
1234 Market St
Suite 1813
Philadelphia, PA  19107

Office of the U.S. Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107