United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11539-mdc |
| Kevin F. Kane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin F. Kane, 144 Warrior Road, Drexel Hill, PA 19026-4921 |
| 14701550 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14698064 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 10 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14708468 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2024 00:24:27 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698052 | | Email/Text: cfcbackoffice@contfinco.com | Feb 10 2024 00:19:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 14698053 | | Email/Text: cfcbackoffice@contfinco.com | Feb 10 2024 00:19:00 | Continental Finance Company, Pob 8099, Newark, DE 19714 |
| 14698050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2024 00:24:45 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14698051 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2024 00:24:36 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14698054 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2024 00:24:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14698055 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2024 00:24:46 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14710822 | | Email/Text: mrdiscen@discover.com | Feb 10 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14698057 | + | Email/Text: mrdiscen@discover.com | Feb 10 2024 00:19:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14698056 | + | Email/Text: mrdiscen@discover.com | Feb 10 2024 00:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14698058 | | Email/Text: blegal@phfa.org | Feb 10 2024 00:20:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14701471 | ^ | MEBN | Feb 10 2024 00:16:03 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14711975 | + | Email/Text: blegal@phfa.org | Feb 10 2024 00:20:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

Case 22-11539-mdc    Doc 72    Filed 02/11/24    Entered 02/12/24 00:28:21    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14698744 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14698059 | + | Email/Text: blegal@phfa.org | Feb 10 2024 00:20:00 | Pennsylvania Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14715546 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2024 00:24:28 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14698060 | + | Email/Text: documentfiling@lciinc.com | Feb 10 2024 00:19:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14698062 | + | Email/Text: EDBKNotices@ecmc.org | Feb 10 2024 00:19:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 14698061 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 10 2024 00:19:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14721547 | | Email/Text: EDBKNotices@ecmc.org | Feb 10 2024 00:19:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 14698063 | ^ | MEBN | Feb 10 2024 00:15:50 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14698064 | + | Email/Text: support@ymalaw.com | Feb 10 2024 00:19:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2024                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |

| | |
|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 09, 2024 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARK A. CRONIN
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Debtor Kevin F. Kane support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| | : | Chapter 13 |
| **Kevin Kane** | : | |
| Debtor | : | Bankruptcy No. 22-11539-mdc |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this 9th day of February, 2024, 2024 upon consideration of the Motion to Dismiss filed by Kenneth E. West, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED**, that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, the debtor will be barred from filing any case for 180 days following a dismissal without court approval, in accordance with the express terms of such ORDER.

BY THE COURT

_____
**HONORABLE MAGDELINE D. COLEMAN**
**U.S. BANKRUPTCY JUDGE**

cc:
Kevin Kane
144 Warrior Road
Drexel Hill PA 19026

Paul Young
3554 Hulmeville Rd
Suite 102
Bensalem PA 19020

Kenneth E. West, Esquire
1234 Market St
Suite 1813
Philadelphia, PA  19107

Office of the U.S. Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107